# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TORREY BAUER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CAUSE NO.: 3:08-CV-196-TLS |
| RANDALL T. SHEPARD, et al., | ) ) ) |
| Defendants. | ) |

## OPINION and ORDER

Before the Court is the Plaintiffs' Motion for Hearing on Discovery Deadlines [DE 38], filed on September 29, 2008. The Plaintiffs ask the Court to set discovery deadlines, specifically a deadline for the Defendants to initiate their discovery requests.

This request and discovery issues in general will be discussed at the telephone conference previously scheduled for October 7, 2008, at 1:30 p.m., rather than at an in-person hearing before the Court.

However, prior to that conference, the parties are to confer in good faith regarding discovery deadlines in an effort to resolve any questions or disputes without action by the Court. At the telephone conference, the parties will inform the Court of the agreed-upon discovery plan and any remaining disagreements.

Also, the parties should be prepared to discuss what effect, if any, the new Code of Judicial Conduct, which will take effect January 1, 2009[1], will have on the case.

---

[1] See Press Release, Indiana Supreme Court, Indiana Supreme Court Adopts 2009 Judicial Code of Conduct, (Sept. 8, 2008), http://www.in.gov/judiciary/press/2008/0908.html. The new Code can be found at http://www.in.gov/judiciary/rules/jud_conduct/jud_conduct09.pdf.

Therefore, the Plaintiff's Motion [DE 38] is GRANTED IN PART and DENIED IN PART.

So ORDERED on September 30, 2008.

　　　　　　　　　　　　　　　　　　　　　　s/ Theresa L. Springmann
　　　　　　　　　　　　　　　　　　　　　　THERESA L. SPRINGMANN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT